FILED
2021 JAN 19 AM 11:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

SB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 21-mj-90 (ZMF) |
| v. | |
| Gina Michelle Bisignano | |
| DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

**21MJ00282**

The above-named defendant was charged by: **Complaint**
in the _____ District of **Columbia** on **01/16/2021**
at **6:50** ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about **01/06/2021**
in violation of Title **18** U.S.C., Section(s) **1361**
to wit: **Destruction of Government Property**

A warrant for defendant's arrest was issued by: CLERK OF THE COURT

Bond of $ N/A _____ was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: **SA Jackson Barron**

Agency: ~~USMS~~ **FBI**

Title: **Special Agent**

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT