AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
District of Columbia

2021 JAN 19 AM 11: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: JB

| | |
|---|---|
| United States of America<br>v.<br>GINA MICHELLE BISIGNANO<br><br>_Defendant_ | )<br>)<br>) Case No. **21MJ00282**<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ **GINA MICHELLE BISIGNANO**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. §1361 - Destruction of Government Property
18 U.S.C. §2 - Aiding and Abetting
18 U.S.C. §1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §1752(a)(1), (2), and (4) - Restricted Building or Grounds
40 U.S.C. §5104(e)(2)(D) - Violent Entry or Disorderly Conduct

Date: 01/16/2021

2021.01.16
18:50:39 -05'00'

_Issuing officer's signature_

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate
_Printed name and title_
Judge

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____

_Arresting officer's signature_

_Printed name and title_