FILED
CLERK, U.S. DISTRICT COURT

JAN 1 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7407
    Facsimile: (213) 894-2927
    E-mail:    william.rollins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. CR 21-MJ 282-1

              Plaintiff,             GOVERNMENT'S NOTICE OF REQUEST FOR
                                     DETENTION
                   v.

GINA BISIGNANO,

              Defendant.


     Plaintiff, United States of America, by and through its counsel
of record, hereby requests detention of defendant and gives notice of
the following material factors:

☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

        following grounds:

   ☐  a.   present offense committed while defendant was on release

           pending (felony trial),

   ☐  b.   defendant is an alien not lawfully admitted for

           permanent residence; and

1      ☐   c.   defendant may flee; or

2      ☐   d.   pose a danger to another or the community.

3  ☒  2.   Pretrial Detention Requested (§ 3142(e)) because no

4      condition or combination of conditions will reasonably

5      assure:

6      ☒   a.   the appearance of the defendant as required;

7      ☒   b.   safety of any other person and the community.

8  ☐  3.   Detention Requested Pending Supervised Release/Probation

9      Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10      § 3143(a)):

11      ☐   a.   defendant cannot establish by clear and convincing

12      evidence that he/she will not pose a danger to any

13      other person or to the community;

14      ☐   b.   defendant cannot establish by clear and convincing

15      evidence that he/she will not flee.

16  ☐  4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

17      § 3142(e)):

18      ☐   a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19      (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20      greater maximum penalty (presumption of danger to

21      community and flight risk);

22      ☐   b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23      2332b(g)(5)(B) with 10-year or greater maximum penalty

24      (presumption of danger to community and flight risk);

25      ☐   c.   offense involving a minor victim under 18 U.S.C.

26      §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27      2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

1           2260, 2421, 2422, 2423 or 2425 (presumption of danger

2           to community and flight risk);

3   ☐   d.     defendant currently charged with an offense described

4           in paragraph 5a - 5e below, AND defendant was

5           previously convicted of an offense described in

6           paragraph 5a - 5e below (whether Federal or

7           State/local), AND that previous offense was committed

8           while defendant was on release pending trial, AND the

9           current offense was committed within five years of

10          conviction or release from prison on the above-

11          described previous conviction (presumption of danger to

12          community).

13 ☒  5.   Government Is Entitled to Detention Hearing Under § 3142(f)

14       If the Case Involves:

15   ☒   a.     a crime of violence (as defined in 18 U.S.C.

16           § 3156(a)(4)) or Federal crime of terrorism (as defined

17           in 18 U.S.C. § 2332b(g)(5)(B) for which maximum

18           sentence is 10 years' imprisonment or more;

19   ☐   b.     an offense for which maximum sentence is life

20           imprisonment or death;

21   ☐   c.     Title 21 or MDLEA offense for which maximum sentence is

22           10 years' imprisonment or more;

23   ☐   d.     any felony if defendant has two or more convictions for

24           a crime set forth in a-c above or for an offense under

25          state or local law that would qualify under a, b, or c

26          if federal jurisdiction were present, or a combination

27          or such offenses;

28

☐   e.   any felony not otherwise a crime of violence that
          involves a minor victim or the possession or use of a
          firearm or destructive device (as defined in 18 U.S.C.
          § 921), or any other dangerous weapon, or involves a
          failure to register under 18 U.S.C. § 2250;

☒   f.   serious risk defendant will flee;

☐   g.   serious risk defendant will (obstruct or attempt to
          obstruct justice) or (threaten, injure, or intimidate
          prospective witness or juror, or attempt to do so).

☐   6.   Government requests continuance of _____ days for detention
         hearing under § 3142(f) and based upon the following
         reason(s):

_____

_____

_____

_____

//
//
//
//
//
//
//
//
//
//
//
//

4

1    ☐   7.    Good cause for continuance in excess of three days exists in

2              that:

3

4              _____

5              _____

6              _____

7              _____

8    Dated: January 19, 2021          Respectfully submitted,

9                                     TRACY L. WILKISON

10                                    Acting United States Attorney

11                                    CHRISTOPHER D. GRIGG
                                      Assistant United States Attorney
12                                    Chief, National Security Division

13                                    /s/ William M. Rollins

14                                    _____
                                      WILLIAM M. ROLLINS
15                                    Assistant United States Attorney
                                      Terrorism and Export Crimes Section
16
                                      Attorneys for Plaintiff
17                                    UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28