TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7407
     Facsimile: (213) 894-2927
     E-mail:   william.rollins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>GINA BISIGNANO,<br><br>            Defendant. | No. 21-MJ-282<br><br>GOVERNMENT'S NOTICE OF INDICTMENT IN THE DISTRICT OF COLUMBIA |

   Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney William M. Rollins, hereby gives notice that, on January 29, 2021, a federal grand jury in the District of Columbia returned a seven-count indictment against defendant GINA BISIGNANO.  A true and correct copy

//
//
//
//
//

of the indictment returned in the District of Columbia is attached hereto as **Exhibit 1**.

Dated: January 30, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/ *William M. Rollins*

_____
WILLIAM M. ROLLINS
Assistant United States Attorney
Terrorism and Export Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA