# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. **21MJ0282** | Date **January 29, 2021** |

Present: The Honorable **John E. McDermott, United States Magistrate Judge**

Interpreter   None

| S. Lorenzo | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Gina Michelle Bisignano** | | | | | | | |

Proceedings:   **(IN CHAMBERS) ORDER VACATING PRELIMINARY HEARING**

On January 19, 2021, a preliminary hearing was set. The hearing is hereby vacated. (See attached orders.)

|  | : |
|---|---|
| Initials of Deputy Clerk | slo |

cc: Parties